IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HERBERT FELDER,                          :

     Petitioner                       :

                        :

     vs.                              :     CIVIL NO. 1:CV-10-2354

                        :

H. L. HUFFORD, Warden,                   :

     Respondent                       :

*O R D E R*

       AND NOW, this 15th day of March, 2011, upon consideration of the report (doc. 10) of the magistrate judge, filed January 11, 2011, to which no objections were filed, and upon independent review of the record, it is ordered that:

     1.  The magistrate judge's report (doc. 10) is adopted.

     2.  The petition (doc. 1) for a writ of habeas corpus is denied.

     3.  The Clerk of Court shall close this file.


                     /s/William W. Caldwell
                    William W. Caldwell
                    United States District Judge